RECEIVED

JUN 01 '06

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

PLASTERERS' AND CEMENT MASONS' LOCAL 40 PENSION FUND, et. al.
Plaintiffs,

v.

FLEET CONSTRUCTION CO., INC.,
Defendant.

C.A. No. 06-58T

## VOLUNTARY DISMISSAL

NOW COME Plaintiffs pursuant to Fed. R. Civ. P. 41(a) and voluntarily dismiss the above-captioned matter with prejudice.

For Plaintiffs:

Elizabeth Wiens, Esq. (#6827)
Gursky Law Associates
420 Scrabbletown Rd. Ste. C
North Kingstown, RI 02852
(401) 294-4700
(401) 294-4702

For Defendant:

Jean Fallago, Esq. (#3385)
Jean Fallago, Esq.
52 Cedar Swamp Road
Smithfield, RI 02917
(401) 231-4805
(401) 231-5078

ENTER:

Ernest C. Torres
6/7/06

PER ORDER: